27 A.3d 983

Maurice EVERETT, Petitioner

v.

Mike WENEROWICZ, Respondent.

No. 16 EM 2011.

Supreme Court of Pennsylvania.

Aug. 5, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 5th day of August, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

27 A.3d 984

Tyree LAWSON, Petitioner

v.

COURT OF COMMON PLEAS OF the PHILADELPHIA COUNTY, Respondent.

No. 14 EM 2011.

Supreme Court of Pennsylvania.

Aug. 5, 2011.

## ORDER

PER CURIAM.

And now this 5th day of August, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**